**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**IN RE: CARTIVA SYNTHETIC CARTILAGE IMPLANT PRODUCT LIABILIY LITIGATION** — **MDL NO. 3172 ALL CASES**

# ORDER

The United States Judicial Panel on Multidistrict Litigation ("Panel") has transferred to this Court for centralized pretrial proceedings actions that concern alleged defects in the Cartiva Synthetic Cartilage Implant.

The Court held a status hearing with the parties on October 8, 2026 (hereinafter "Status Hearing"). Prior to the Status Hearing, the Court ordered the parties to submit reports to the Court to update the Court on matters discussed at the Initial Management Conference held on August 26, 2026. The Court enters this Order to address matters discussed during the Status Hearing and in Plaintiffs' and Defendant's (hereinafter "Cartiva") Reports.

## I. Fee And Compensation Structure

The Court will set a deadline for Plaintiffs' Co-Lead Counsel to submit to the Court for consideration a more detailed proposal related to fees and compensation structure sometime after the December 2026 status conference scheduled in this Order.

## II. Explant Preservation

At the status hearing, the Court discussed with the parties the matter of an explant preservation Order to govern retention and examination of explanted devices, where available. The Court understands that the parties have met and conferred and anticipate being able to propose an explant preservation Order for entry by the Court. The Court will permit the parties to continue to work through this issue at this time. To the extent the parties are able to reach agreement on a proposal for the Court's consideration, the parties may submit that proposal to the Court at any

time. If no proposal is received by the Court from the parties before the December 10, 2026, status conference, the parties are directed to submit information for the Court's consideration consistent with the terms of this Order.

## III. Uniform Complaint

The Court heard argument from counsel regarding the use of a uniform complaint in this litigation. Plaintiffs oppose the use of a uniform complaint specifically asserting, among other points, that there are distinct differences between the cases which makes a master or uniform complaint challenging. Plaintiffs contend that the device was owned and distributed by three different companies and that there is a circuit split on preemption and how it applies to medical devices. Cartiva asserts that a master uniform complaint with a template short form complaint to capture individual claims is necessary and appropriate to administer efficiently the litigation in this matter. Cartiva requested that the Court set a briefing schedule for written submissions on this topic, and Plaintiffs did not oppose the request. Accordingly, the Court sets the following briefing schedule on the issue of a uniform complaint.[1] Cartiva submited its opening brief on October 30, 2026. Plaintiffs shall submit their response to Cartiva's brief on or before November 20, 2026. Cartiva shall submit its reply to Plaintiffs' response, if it chooses to do so, on or before December 1, 2026.

## IV. Direct Filing And Service

At the status hearing, the Court discussed with the parties the matter of direct filing to the MDL. The parties have also discussed procedures for service. It is the Court's understanding that the parties have discussed these issues together and are making progress towards an agreement.

[1] The Court modifies slightly the deadlines discussed by the Court and counsel during the October status conference, given the date on which the Court is entering this written Order.

The Court will permit the parties to continue to work through these issues at this time. To the extent the parties are able to reach agreement on a proposal for the Court's consideration, the parties may submit that proposal to the Court at any time. If no proposal is received by the Court from the parties before the December 10, 2026, status conference, the parties are directed to submit information for the Court's consideration consistent with the terms of this Order.

**V. Tolling Agreements**

The parties reported making good progress on a tolling agreement, including an agreement by Cartiva to review tolling requests on a case-by-case basis. The Court will permit the parties to continue to work through this issue at this time. To the extent the parties are able to reach agreement on a proposal for the Court's consideration, the parties may submit that proposal to the Court at any time. If no proposal is received by the Court from the parties before the December 10, 2026, status conference, the parties are directed to submit information for the Court's consideration consistent with the terms of this Order.

**VI. Identification Of Other Cases**

Plaintiffs and Cartiva identified one additional case filed in the Western District of Kentucky since the Initial Management Conference. *See Sandra Downey v. Cartiva, Inc. et al.*, 3:26-cv-00765-GNS (W.D. Tenn. Filed Sept. 23, 2026). The parties also made the Court aware of a medical malpractice case going to trial in Cook County, Illinois, where Cartiva is a terminated defendant.

**VII. Next Conferences With The Court**

The Court will hold a telephone status hearing with the parties on December 10, 2026, at 1:30 p.m. Central Time in Courtroom 4D to follow-up on matters discussed during the October status hearing.

The Court has asked counsel to continue to confer regarding whether the parties could reach agreement as to whether, and if so how, to proceed regarding: (1) explant preservation; (2) direct filing in the MDL; (3) a tolling agreement; (4) service issues; and (5) identification of state cases and other cases pending in other forums or jurisdictions. Unless the parties submit proposals on these issues for the Court's consideration prior to the December 10, 2026, status conference, the parties are instructed to submit updated position statements on these issues and any other information the parties would like for the Court to consider by December 8, 2026.

The Court anticipates at the December 10, 2026, status conference also taking up the uniform complaint issue being briefed by the parties.

Finally, after review of the parties' submissions on these issues, the Court will set by separate Order a deadline for initial motions or responsive pleadings to be filed by Cartiva.

So ordered this 2nd day of November, 2026.

Kristine G. Baker
Chief United States District Court Judge